**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: ORTEGA v. THE HARTFORD Case Number: 1:23-cv-1186

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff, Mayra L. Ortega

Attorney name (type or print): Roger S. Hutchison

Firm: Hutchison Law

Street address: 16860 South Oak Park Avenue, Suite 101

City/State/Zip: Tinley Park, Illinois 60477

Bar ID Number: 6211204 Telephone Number: 708-532-7777
(See item 3 in instructions)

Email Address: roger@hutchison-law.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14.
I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 11, 2024

Attorney signature: S/ Roger S. Hutchison
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015