UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DIONNA ALLEN,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL NATIONAL LIFE INSURANCE COMPANY<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24-cv-04819<br><br>Honorable Mary M. Rowland |

**MOTION FOR EXTENSION OF TIME TO FILE INITIAL JOINT STATUS REPORT**

In support of this motion, counsel for the Plaintiff states as follow:

1. Counsel for the claimant delivered the Complaint and properly issued Summons to the Illinois Department of Insurance on June 25, 2024.

2. As of last week, the defendant had not filed an appearance and counsel for the Plaintiff had not received a rejected summons from the Illinois Department of Insurance, so counsel for the claimant reached out to attorneys who have appeared for defendant in past similar matter.

3. In-house counsel for the defendant, Margaret A. Falck, Esq., contacted counsel for the Plaintiff and signed a Waiver of the Service of Summons which counsel for the Plaintiff has filed electronically. (Document Number 8)

4. In-house counsel for the Defendant and counsel for the Plaintiff discussed possible settlement of this matter before the Defendant secures local counsel. Counsel for the Plaintiff would expect production of the claims file and negotiations to require approximately 30 days.

5. The Initial Joint Status Report is due today, August 26, 2024

WHEREFORE, counsel for the Plaintiff requests that an extension be granted for filing of the Joint Status Report to October 22, 2024, which is the date that Defendant is required to file an answer or a motion, pursuant to the waiver.

Respectfully submitted,

DIONNA ALLEN

/s/ Roger S. Hutchison
Attorney for Plaintiff

Roger S. Hutchison
Hutchison Law
16860 South Oak Park Avenue
Suite 101
Tinley Park, Illinois 60477
Phone: 708-532-7777
roger@hutchison-law.com

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on June 29, 2021, 2021, he e-filed this document through the Court's CM/ECF system, although there is no appearance for the Defendant.

/s/ Roger S. Hutchison