## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Dionna Allen v. The Lincoln National Life Ins Co

Case Number: 1:24cv04819

An appearance is hereby filed by the undersigned as attorney for:

The Lincoln National Life Insurance Company

Attorney name (type or print): Iwana Rademaekers

Firm: Law Offices of Iwana Rademaekers, P.C.

Street address: 17304 Preston Road, Suite 800

City/State/Zip: Dallas, Texas 75252

Bar ID Number: 16452560
(See item 3 in instructions)

Telephone Number: (214) 579-9319

Email Address: iwana@rademaekerslaw.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you a member of the court's general bar? | ☑ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☑ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 22, 2024

Attorney signature: S/ Iwana Rademaekers
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023