**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DIONNA ALLEN,** | ) | |
| | ) | **Case No. 1:24cv04819** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Judge: Mary M. Rowland** |
| **vs.** | ) | |
| | ) | |
| **THE LINCOLN NATIONAL** | ) | |
| **LIFE INSURANCE COMPANY,** | ) | **Magistrate Judge: Jeannice W. Appenteng** |
| | ) | |
| **Defendant.** | ) | |

**<u>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES</u>**

Pursuant to Local Rule 3.2 of the Northern District of Illinois, and Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff The Lincoln National Life Insurance Company ("Lincoln"), by and through its undersigned counsel, states that Lincoln is incorporated in Indiana, headquartered in Radnor, Pennsylvania, and is a wholly owned subsidiary of Lincoln National Corporation ("LNC"). LNC is incorporated in Indiana and is headquartered in Radnor, Pennsylvania. LNC is a corporation that is publicly traded on the New York Stock Exchange under ticker symbol "LNC."

Dated this 22nd day of October 2024.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

By: /s/ Iwana Rademaekers
Iwana Rademaekers
State Bar of Texas No. 16452560
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that on the 22nd day of October 2024, the foregoing was filed electronically and that service of same on all counsel of record will be made by the Court's CM/ECF system as follows:

Roger S. Hutchison
Email: roger@hutchison-law.com

/s/ Iwana Rademaekers
Iwana Rademaekers