**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Dionna Allen
Plaintiff,
v.
Case No.: 1:24−cv−04819
Honorable Mary M. Rowland
The Lincoln National Life Insurance Company
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 23, 2024:

MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the parties' joint status report [14]. The parties dispute the standard of review and therefore the scope of discovery. Defendant is to produce administrative record by 11/22/24, and by 12/6/24 Plaintiff will notify Defendant whether he stipulates to completeness of the record. Parties are to file a joint status report by 12/9/2024 updating the Court on the status of discovery on the administrative record, the status of discovery disputes, and whether a settlement conference would be productive. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.