**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DIONNA ALLEN,** | ) | |
| | ) | **Case No. 1:24cv04819** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Judge: Mary M. Rowland** |
| **vs.** | ) | |
| | ) | |
| **THE LINCOLN NATIONAL** | ) | |
| **LIFE INSURANCE COMPANY,** | ) | **Magistrate Judge: Jeannice W. Appenteng** |
| | ) | |
| **Defendant.** | ) | |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Order [Dkt 15] entered by the Court on Octobr 23, 2024, Plaintiff, Dionna Allen ("Allen" or "Plaintiff"), and Defendant, The Lincoln National Life Insurance Company ("Lincoln" or "Defendant") by their respective attorneys submit the following Joint Status Report:

1. Defendant produced the administrative record to Plaintiff on November 18, 2024, and Plaintiff stipulates to the completion of the administrative record. Plaintiff may seek to add the ALJ's decision on Plaintiff's SSDI claim to the record, and if so, the parties will address the propriety of this addition in the briefing on the merits.

2. There are no discovery disputes at this time. Plaintiff intends to seek limited discovery geared toward the standard of review.

3. The Parties have begun settlement discussions and do not believe a settlement conference is necessary in this matter.

Respectfully submitted,

**HUTCHISON LAW**

By: /s/ Roger S. Hutchison
Roger S. Hutchison
16860 South Oak Park Avenue, Suite 101
Tinley Park, Illinois 60477
Phone: 708-532-7777
Email: roger@hutchison-law.com

ATTORNEYS FOR PLAINTIFF
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

By: /s/ Iwana Rademaekers
Iwana Rademaekers
State Bar of Texas No. 16452560
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that on the 13th day of December 2024, the foregoing was filed electronically and that service of same on all counsel of record will be made by the Court's CM/ECF system as follows:

Roger S. Hutchison
Email: roger@hutchison-law.com

/s/ Iwana Rademaekers
Iwana Rademaekers