**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Dionna Allen

Plaintiff,

v.

Case No.: 1:24−cv−04819
Honorable Mary M. Rowland

The Lincoln National Life Insurance Company

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 16, 2024:

MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the parties' joint status report [16]. The parties report no discovery disputes at this time, and that plaintiff intends to seek limited discovery geared toward the standard of review. Close of discovery set for 3/30/25. Parties are to file a joint status report by 1/30/25 updating the Court on the status of discovery and whether a settlement conference would be productive. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.