**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DIONNA ALLEN,** | ) | |
| | ) | **Case No. 1:24cv04819** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Judge: Mary M. Rowland** |
| **vs.** | ) | |
| | ) | |
| **THE LINCOLN NATIONAL** | ) | |
| **LIFE INSURANCE COMPANY,** | ) | **Magistrate Judge: Jeannice W. Appenteng** |
| | ) | |
| **Defendant.** | ) | |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Dionna Allen and Defendant The Lincoln National Life Insurance Company hereby give notice that this case has settled. The parties are working on finalizing settlement documents at this time. The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

Dated this 16th day of January 2025.

Respectfully submitted,

**HUTCHISON LAW**

By: /s/ Roger S. Hutchison
Roger S. Hutchison
16860 South Oak Park Avenue, Suite 101
Tinley Park, Illinois 60477
Phone: 708-532-7777
Email: roger@hutchison-law.com

ATTORNEYS FOR PLAINTIFF

- AND –

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

By: /s/ Iwana Rademaekers
Iwana Rademaekers
State Bar of Texas No. 16452560
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that on the 16th day of January 2025, the foregoing was filed electronically and that service of same on all counsel of record will be made by the Court's CM/ECF system as follows:

Roger S. Hutchison
Email: roger@hutchison-law.com

/s/ Iwana Rademaekers
Iwana Rademaekers