**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DIONNA ALLEN,** | ) | |
| | ) | **Case No. 1:24cv04819** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Judge: Mary M. Rowland** |
| **vs.** | ) | |
| | ) | |
| **THE LINCOLN NATIONAL** | ) | |
| **LIFE INSURANCE COMPANY,** | ) | **Magistrate Judge: Jeannice W. Appenteng** |
| | ) | |
| **Defendant.** | ) | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Dionna Allen and Defendant The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 3rd day of February 2025.

Respectfully submitted,

HUTCHISON LAW

By: /s/ Roger S. Hutchison
Roger S. Hutchison
16860 South Oak Park Avenue, Suite 101
Tinley Park, Illinois 60477
Phone: 708-532-7777
Email: roger@hutchison-law.com

ATTORNEYS FOR PLAINTIFF

- AND –

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

By: /s/ Iwana Rademaekers
Iwana Rademaekers
State Bar of Texas No. 16452560
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT